**UNITED STATES COURT OF APPEALS**
for the
**SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of March, two thousand and sixteen,

_____

| | |
|---|---|
| United States of America, | **ORDER** |
| Appellee, | Docket No: 16-564 |
| v. | |
| Jorge Abreu, Rudy Palma, Rafael Figueroa, AKA Rafael Beato, AKA Liro, AKA Camaron, Jose Hidalgo, AKA C.O. Shield 11440 Jose Rosario, AKA Jose Amaurys, Jimmy Ortiz, Pedro Ventura, Roberto Cristian Urena Almonte, AKA Villa Lona, AKA Christian Urena, AKA Roberto Almonte, Leocadio Hidalgo, AKA C.O. Leo, Leonardo Roque-Santana, AKA Luis M. Mendoza, Guillermo Delacruz, Quilvio Santana, AKA Mayimbe, Victor Diaz, AKA White Horse, Jeffrey T. Blake, Humberto Sanchez, AKA Chamo, | |
| Defendants. | |

Christian Gaton,

        Defendant - Appellant.

_____

Counsel for APPELLANT Christian Gaton has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting June 21, 2016 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before June 21, 2016. If the brief is not filed by that date, counsel may be subject to an order to show cause why a financial sanction should not be imposed under Local Rule 27.1(h) for the default.

    For The Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

